No. 672.   Soewapadji et al. *v.* Wixon, Custodian. January 13, 1947.

No. 679.   Market Street Railway Co. *v.* Railroad Commission of California et al.   January 13, 1947.

No. 689.   Thomson, Administrator, *v.* Thomson. January 13, 1947.

No. 42.   Vanston Bondholders Protective Committee *v.* Green et al.;

No. 43.   Vanston Bondholders Protective Committee *v.* Early et al.;

No. 44.   Vanhorn Bondholders Protective Committee *v.* Green et al.; and

No. 45.   Vanhorn Bondholders Protective Committee *v.* Early et al.   January 13, 1947.   Mr. Justice Reed took no part in the consideration or decision of these applications.   Mr. Justice Frankfurter and Mr. Justice Jackson are of the opinion that the petitions should be granted.

No. 74, Misc.   Phillips *v.* Ragen, Warden.   January 20, 1947.

No. 183.   Cahoon *v.* United States.   January 20, 1947.

No. 538.   Berman *v.* United States.   January 20, 1947.